AO 93 (Rev. 11/13) Search and Seizure Warrant

AUSA Sean Franzblau (312) 353-5305

**FILED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

AUG 1 3 2021

### UNDER SEAL

In the Matter of the Search of:

Case Number:

MAGISTRATE JUDGE
GABRIEL A. FUENTES

The cellular telephone, further described in
Attachment A2

21 M 547

## SEARCH AND SEIZURE WARRANT

To: Gregory B. Linder and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

### See Attachment A2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### See Attachment B2

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>August 27, 2021</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>August 13, 2021</u>   3:54 p.m.

_____
*Judge's signature*

City and State: <u>Chicago, Illinois</u>

GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A2**

**DESCRIPTION OF ITEM TO BE SEARCHED**

1.  The gray Apple iPhone XS bearing IMEI number ███████████ and assigned telephone number ███████████

**ATTACHMENT B2**

**LIST OF ITEMS TO BE SEIZED**

Evidence concerning violation of Title 18, United States Code, Section 666(a)(1)(B) and 666(a)(2), as follows:

1.     Any and all MMS messages sent to or from the **Subject Phone** between February 2019 and July 24, 2020 that relate to the following:

      a.     Items related to the Project.

      b.     Items related to official acts taken or caused by ▮▮▮▮▮▮ related to the Project and/or on ▮▮▮▮▮ enefit or behalf.

      c.     Items related to Development Company 1, Development Company 2, Developer 1, Developer 2, or Alderman 1.

      d.     Items related to meetings between ▮▮▮▮▮▮▮▮▮▮▮▮

      e.     Items related to renovations, improvements, and/or other construction work at ▮▮▮▮▮▮▮▮▮▮ ffice.

      f.     Items related to benefits or things of value given by, or on behalf of, ▮▮▮▮▮▮▮ and benefits or things of value given by, or on behalf of, ▮▮▮▮▮▮▮▮▮

      g.     Items related to the identity of the user or users of the **Subject Phone**.

2.     During the execution of the search of ▮▮▮▮ and the **Subject Phone**, as described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of ▮▮▮▮ o the fingerprint scanner of the

**Subject Phone**; (2) hold the **Subject Phone** in front of ███████face and activate the facial recognition feature, for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant.

## ADDENDUM TO ATTACHMENT B2

Pursuant to Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, this warrant authorizes the removal of electronic storage media and copying of electronically stored information found in the premises described in Attachment A so that they may be reviewed in a secure environment for information consistent with the warrant. That review shall be conducted pursuant to the following protocol:

The review of electronically stored information and electronic storage media removed from the premises described in Attachment A may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein):

a.  examination of all the data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth in Attachment B;

b.  searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth in Attachment B (any data that is encrypted and unreadable will not be returned unless law enforcement personnel have determined that the data is not (1) an instrumentality of the offenses, (2) a fruit of the criminal activity, (3) contraband, (4) otherwise unlawfully possessed, or (5) evidence of the offenses specified above);

c.  surveying file directories and the individual files they contain to determine whether they include data falling within the list of items to be seized as set forth in Attachment B; and

d.  opening or reading portions of files, and performing key word searches of files, in order to determine whether their contents fall within the items to be seized as set forth in Attachment B.

The government will return any electronic storage media removed from the premises described in Attachment A within 30 days of the removal unless, pursuant to Rule 41(c)(2) or (3) of the Federal Rules of Criminal Procedure, the removed electronic storage media contains contraband or constitutes an instrumentality of crime, or unless otherwise ordered by the Court.